UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

UNITED STATES OF AMER.ICA     **DETENTION ORDER**

v.                            CR16-395-01(MLC)

DERMOT SUTHERLAND

    This matter having been opened to the Court and the United States, by William E. Fitzpatrick, Acting United States Attorney for the District of New Jersey (Thomas Strong, Assistant United States Attorney, appearing), and Robert Gamburg, Esq, counsel for defendant Dermot Sutherland, appearing,

    WHEREAS, on August 30, 2016, SUTHERLAND pleaded guilty to a one-count information in this matter,

    WHEREAS, on November 16, 2016, SUTHERLAND pleaded guilty in Middlesex County, New Jersey to Unlawful Possession of a Firearm, in violation of NJ Stat. 2c:39-5b,

    WHEREAS, on February 8, 2017, SUTHERLAND was sentenced on the New Jersey State Case to 3 years imprisonment, with 1 year of parole ineligibility, and is currently serving said sentence,

    WHEREAS, ON February 23, 2017, this Court ordered SUTHERLAND's bail conditions are revoked.

    IT IS, therefore, on this 1st day of June, 2017,

    ORDERED, defendant SUTHERLAND shall be held by the US Marshal's Service pending sentencing by the Court in this matter, upon release/parole on the New Jersey State sentence.

*Mary L. Cooper*
MARY L. COOPER
United States District Judge